**FLORIDA AUDUBON SOCIETY, et al., Appellants,**

v.

**Lloyd M. BENTSEN, Secretary of the Treasury, et al., Internal Revenue Service, Appellees.**

No. 94–5178.

United States Court of Appeals, District of Columbia Circuit.

Sept. 11, 1995.

Before EDWARDS, Chief Judge, WALD, SILBERMAN, BUCKLEY, WILLIAMS, GINSBURG, SENTELLE, HENDERSON, RANDOLPH, ROGERS and TATEL, Circuit Judges.

*ORDER*

PER CURIAM.

Upon consideration of the Appellees' Suggestion For Rehearing *In Banc,* the response thereto, and the vote by a majority of the judges of the court in regular active service in favor of the suggestion, it is

**ORDERED** that the suggestion be granted. This case will be reheard by the court sitting *in banc.* The judgment filed herein on June 2, 1995 is vacated. It is

**FURTHER ORDERED** that an order governing further proceedings will issue separately.